IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAZMIN Q., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 24-1531 |

# ORDER

**AND NOW**, this 24th day of October 2024, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 14) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) properly consider all relevant evidence in the record concerning the "C" criteria for Listed Impairments 12.04, 12.06 and 12.15 and determine whether Plaintiff meets the "C" criteria for these Listed Impairments; (b) if Plaintiff does not meet the "C" criteria for Listed Impairments 12.04, 12.06 and 12.15, he must reconsider Plaintiff's residual functional capacity and explicate appropriately the residual functional capacity he renders.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge